**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **MARCUS WOODS, #616922** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:07cv55** |
| **SIDNEY ARNOLD, JR., ET AL.** | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the complaint should be dismissed. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that Plaintiff's motion to dismiss (docket entry #5) is **GRANTED**. It is further

**ORDERED** that the lawsuit is **DISMISSED** without prejudice. Fed. R. Civ. P. 41(a)(1). It is finally

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this 7th day of June, 2007.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE